

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00575-CV

Ashley Marie **BARRERA**,
Appellant

v.

Emily Ann **HANNEMANN**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2025-CI-07587
Honorable Mary Lou Alvarez, Judge Presiding

PER CURIAM

Sitting:      Adrian A. Spears II, Justice
               H. Todd McCray, Justice
               Velia J. Meza, Justice

Delivered and Filed: October 8, 2025

MOTION TO DISMISS GRANTED, APPEAL DISMISSED

Appellant has filed a motion to dismiss this appeal. The motion contains a certificate of service to appellee, who has not opposed the motion. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a). Costs of appeal are taxed against appellant. *See id.* 42.1(d).

PER CURIAM